WARFIELD NATURAL GAS COMPANY v. GOBLE ET AL

(Decided January 24, 1930.)

Kirk, Kirk & Wells for movant.

B. M. James and Joe Hobson opposed.

PER CURIAM. Judgment for $275 in an action for damages to land.

Appeal denied. Judgment affirmed.

HARGIS v. CHIPMAN

(Decided February 4, 1930.)

W. G. Hargis for movant.

D. E. Castleman opposed.

PER CURIAM. Judgment for $490 in an action dismissing counterclaim.

Appeal denied. Judgment affirmed.

CITY OF MOREHEAD v. NICKELL

(Decided February 7, 1930.)

Lester Hogge for movant.

W. C. Hamilton opposed.

PER CURIAM. Judgment for $300 in an action for damages to property.

Appeal denied. Judgment affirmed.